IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:10CR3003 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | **O R D E R** |
| | ) | |
| JAMES ARNOLD THOMAS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter comes before the Court on the request of the Federal Public Defender for the Court to authorize Timothy P. Sullivan, as a Criminal Justice Act Training Panel Member, to assist in the defense of James Arnold Thomas.

Accordingly, pursuant to the terms of Appendix I, Part 1(c) of the Amended Criminal Justice Act Plan for the District of Nebraska, Timothy P. Sullivan is hereby assigned to assist the Federal Public Defender in the representation of the Defendant in the above-captioned case, and must file an entry of appearance forthwith. Timothy P. Sullivan shall not be eligible to receive compensation for his services in this case.

The Federal Public Defender shall continue to be primary counsel on behalf of the Defendant, James Arnold Thomas.

Dated: January 27, 2010

BY THE COURT:


s/ *Cheryl R. Zwart*
UNITED STATES MAGISTRATE JUDGE