IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3003 |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES ARNOLD THOMAS, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

At the defendant's oral request and with the parties' consent,

IT IS ORDERED:

1)    The defendant's change of plea hearing is continued  to April 26, 2010 at
2:00 P.M.

2)    The ends of justice served by granting court's request to change the plea
hearing outweigh the interests of the public and the defendant in a speedy
trial, and the additional time arising as a result of the granting of the motion,
the time between today's date and the anticipated plea of guilty, shall be
deemed excluded in any computation of time under the requirements of the
Speedy Trial Act, for the reason that defendant's counsel requires additional
time to adequately prepare the case, taking into consideration due diligence
of counsel, the novelty and complexity of the case, and the fact that the
failure to grant additional time might result in a miscarriage of justice.  18
U.S.C. § 3161(h)(7).

DATED this 14th day of April, 2010.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge