IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:10CR3003 |
| ) | |
| JAMES ARNOLD THOMAS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

THIS MATTER comes before this Court on defendant's Motion to Continue the Deadline for Filing PSR Objections, Downward Departure and/or Variance Motions and supporting brief, filing 38. The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that the defendant shall file any PSR objections, Downward Departure and/or Variance Motions with supporting brief no later than July 2, 2010.

Dated this 28th day of June, 2010.

BY THE COURT:

*Richard G. Kopf*
The Honorable Richard G. Kopf
United States District Judge