IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:10CR3003 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JAMES ARNOLD THOMAS, | ) | |
| | ) | |
| Defendant. | ) | |

On the joint oral motion of the parties,

IT IS ORDERED that Defendant Thomas' evidentiary hearing and sentencing are continued to Friday, August 6, 2010, from 1:30 to 3:00 p.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  The defendant shall be present unless excused by the court.

Dated July 20, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge